In the Matter of ELBERT S. BOUGHTON, an Attorney.— Application of petitioner granted unless within five days respondent consents to an open commission. Leave now to serve cross-interrogatories denied. Order

to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.